**Order entered July 24, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00898-CR

**JOHN ANTHONY MARGETIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MB12-51720-K**

## ORDER

The Court **GRANTS** court reporter Sandra Morelan's July 23, 2014 request for an extension of time to file the reporter's record. We **ORDER** Ms. Morelan to file the record by **AUGUST 22, 2014**.

/s/    LANA MYERS
        JUSTICE